

NUMBER 13-19-00270-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE MATTER OF S.S.C.S., A JUVENILE

On appeal from the County Court at Law No. 2
of Victoria County, Texas.

# MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Tijerina**
**Memorandum Opinion by Justice Hinojosa**

Appellant, S.S.C.S., a juvenile, perfected an appeal from a judgment entered by the County Court at Law No. 2–Juvenile Court of Victoria County, Texas, in cause number 2-6281. Appellant has filed a motion to dismiss the appeal on grounds that he no longer wishes to pursue the matter. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby

DISMISSED. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

LETICIA HINOJOSA
Justice

Delivered and filed the
16th day of January, 2020.